1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
10                     AT SEATTLE
11

12  YOUNTVILLE INVESTORS, LLC, a
    Washington limited liability company,
13                                                    CASE NO. C08-425RSM
                        Plaintiff,
14                                                    ORDER ON MOTION FOR LEAVE TO
                v.                                    AMEND
15
    BANK OF AMERICA, N.A., a national banking
16  association charted in North Carolina,
17                      Defendant.
18

19          This matter is before the Court for consideration of plaintiff's motion for leave to amend the

20  complaint.  Dkt. # 50.  The Court finds that it is in the interest of justice to allow the amendment, and the

21  motion is GRANTED.  F.R.Civ.Proc. 15(a)(2).  Accordingly, it is hereby ORDERED:

22          (1) Plaintiff shall promptly file the proposed amended complaint (now filed at Dkt. # 51-9).

23          (2) The parties shall proceed to oral argument on the pending motion for summary judgment on

24  the original four claims as scheduled.

25          (3) The motion for summary judgment (Dkt. # 44) shall be RE-NOTED on the Court's calendar

26  for June 5, 2009.  The parties shall submit supplemental briefing directed to the two additional claims on

27
     ORDER ON MOTION FOR LEAVE TO
28  AMEND - 1

the following schedule:

Defendant's opening summary judgment brief shall be due May 14, 2009;

Plaintiff's response shall be due June 1, 2009;

Defendant's reply shall be due June 5, 2009.

(4) The trial date of May 4, 2009 is hereby STRICKEN, along with pending due dates for the pretrial order, trial briefs, and trial exhibits.  *See*, Dkt. # 13.  A new trial date shall be set, as appropriate, following the issuance of the Court's ruling on summary judgment.

Dated this 22nd day of April, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION FOR LEAVE TO AMEND - 2